**FILED**

2004 MAY 12 A 9: 32

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALTON O. GRAY : CIVIL CASE NO.
    Plaintiff, : 3:01CV2376(CFD)

VS. :

STATE OF CONNECTICUT -
DEPARTMENT OF SOCIAL SERVICES :
    Defendant. : MAY 11, 2004

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO FILE JOINT TRIAL MEMORANDUM

The plaintiff respectfully moves that the court extend the time for filing the Joint Trial Memorandum through June 14, 2004. Counsel for the plaintiff represents that in the preceding month he was required to prepare a memorandum in opposition to motion to dismiss in the case of *Streit v. North American Van Lines,* United States District Court for the District of Connecticut, Case No. 3:03-CV-01663 (MRK), and a post-trial memorandum in the case of *Esquilin v. County Refuse, Inc.*, Workers' Compensation Commission for the Fourth District, File No. 400050717.

In the coming month, plaintiff's counsel is scheduled, among other matters, to try a matter to a jury in the Connecticut Superior Court for the Judicial District of New Haven in the case of *Simons v. Charlesworth*. As a result of the plaintiff's counsel's schedule, he has been unable to adequately collaborate with defendant's counsel in the preparation of the Joint Trial Memorandum.

1

Wherefore, the plaintiff requests that the court extend the time within which to file the Joint Trial Memorandum to June 14, 2004.

Defendant's counsel does not object to this motion. This is the first request for an extension of time to file the Joint Trial Memorandum.

                THE PLAINTIFF – ALTON O. GRAY

                BY _____
                Thomas W. Bucci, for
                WILLINGER, WILLINGER & BUCCI, P.C.
                855 Main Street
                Bridgeport, CT 06604
                Tel: (203) 366-3939
                FAX: (203) 337-4588
                Email: thomasbucci@earthlink.net
                Fed. Bar #ct07805

## CERTIFICATION

THIS IS TO CERTIFY that on the 11th day of May, 2004, the original foregoing *Plaintiff's Motion for Extension of Time to File Joint Trial Memorandum* was sent by first class mail to the following:

Beth Z. Marguiles
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, Connecticut 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5385
Fed. Bar #ct08469

Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.

3