UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALTON O. GRAY | : | CIVIL CASE NO. |
| Plaintiff, | : | 3:01CV2376(CFD) |
| | : | |
| VS. | : | |
| | : | |
| STATE OF CONNECTICUT - | : | |
| DEPARTMENT OF SOCIAL SERVICES | : | |
| Defendant. | : | MAY 27, 2004 |

**PLAINTIFF'S MOTION FOR FURTHER EXTENSION OF TIME
TO FILE JOINT TRIAL MEMORANDUM**

The plaintiff respectfully moves that the court extend the time for filing the Joint Trial Memorandum through May 1, 2005. Counsel for the plaintiff represents that in a recent communication with the plaintiff's wife, after unsuccessful attempts to communicate with the plaintiff, plaintiff's counsel was informed that the plaintiff is presently on active duty with the United States military in Iraq. Plaintiff is expected to remain in Iraq through April 1, 2005. In discussions with the plaintiff's wife, the plaintiff's counsel was informed that the plaintiff was considering withdrawing this matter. However, the plaintiff's frame of mind may be colored by his present military assignment. Plaintiff's counsel would request the opportunity to directly discuss with the plaintiff his intentions upon his return from Iraq.

Wherefore, the plaintiff requests that the court extend the time within which to file the Joint Trial Memorandum to May 1, 2005.

Defendant's counsel does not object to this motion. This is the second request for an extension of time to file the Joint Trial Memorandum.

        THE PLAINTIFF – ALTON O. GRAY

        BY_____
        Thomas W. Bucci, for
        WILLINGER, WILLINGER & BUCCI, P.C.
        855 Main Street
        Bridgeport, CT  06604
        Tel: (203) 366-3939
        FAX: (203) 337-4588
        Email: thomasbucci@earthlink.net
        Fed. Bar #ct07805

**CERTIFICATION**

      THIS IS TO CERTIFY that on the 27th day of May, 2004, the original foregoing *Plaintiff's Motion for Further Extension of Time to File Joint Trial Memorandum* was sent by first class mail to the following:

Beth Z. Marguiles
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5385
Fed. Bar #ct08469

 

_____
Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.