**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ALTON O. GRAY | : | CIVIL CASE NO. |
| Plaintiff, | : | 3:01CV2376(CFD) |
| | : | |
| VS. | : | |
| | : | |
| STATE OF CONNECTICUT - | : | |
| DEPARTMENT OF SOCIAL SERVICES | : | |
| Defendant. | : | AUGUST 17, 2004 |

**PLAINTIFF'S MOTION FOR FURTHER EXTENSION OF TIME**
**TO FILE JOINT TRIAL MEMORANDUM**

The plaintiff respectfully moves the court for a further extension of the time for filing the Joint Trial Memorandum through December 1, 2005.  Counsel for the plaintiff represents that in a recent communication with the plaintiff's wife plaintiff's counsel was informed that the plaintiff remains on active duty with the United States military in Iraq.  Plaintiff is expected to remain in Iraq through April 1, 2005.  Plaintiff's counsel has not been able to communicate with his client since February of 2004.  Plaintiff's counsel would request the opportunity to directly discuss with the plaintiff his intentions regarding this action upon his return from Iraq.

Wherefore, the plaintiff requests that the court extend the time within which to file the Joint Trial Memorandum to December 1, 2005.

1

Defendant's counsel does not object to this motion.  This is the third request for an extension of time to file the Joint Trial Memorandum.

THE PLAINTIFF – ALTON O. GRAY


BY_____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
FAX: (203) 337-4588
Email: thomasbucci@earthlink.net
Fed. Bar #ct07805

**<u>CERTIFICATION</u>**

THIS IS TO CERTIFY that on the 17th day of August, 2004, the original foregoing
*Plaintiff's Motion for Further Extension of Time to File Joint Trial Memorandum* was sent by
first class mail to the following:


Beth Z. Marguiles
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5385
Fed. Bar #ct08469
e-mail: Beth.Margulies@po.state.ct.us


_____
Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.