UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALTON O. GRAY | : CIVIL CASE NO. |
| Plaintiff, | : 3:01CV2376(CFD) |
| | : |
| VS. | : |
| | : |
| STATE OF CONNECTICUT - | : |
| DEPARTMENT OF SOCIAL SERVICES | : |
| Defendant. | : AUGUST 17, 2004 |

**PLAINTIFF'S MOTION FOR FURTHER EXTENSION OF TIME
TO FILE JOINT TRIAL MEMORANDUM**

The plaintiff respectfully moves the court for a further extension of the time for filing the Joint Trial Memorandum through December 1, 2005. Counsel for the plaintiff represents that in a recent communication with the plaintiff's wife plaintiff's counsel was informed that the plaintiff remains on active duty with the United States military in Iraq. Plaintiff is expected to remain in Iraq through April 1, 2005. Plaintiff's counsel has not been able to communicate with his client since February of 2004. Plaintiff's counsel would request the opportunity to directly discuss with the plaintiff his intentions regarding this action upon his return from Iraq.

Wherefore, the plaintiff requests that the court extend the time within which to file the Joint Trial Memorandum to December 1, 2005.

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 9/14/04

1