

RICHARD BLUMENTHAL,
ATTORNEY GENERAL

RECEIVED

2004 SEP 17 A II: 13

Office of The Attorney General
State of Connecticut
CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Tel: ( 860 ) 808-5340
Fax: (860) 808-5383

September 15, 2004

The Honorable Christopher F. Droney
United States District Court Judge
450 Main Street
Hartford, CT
06103

RE:  Alton Gray v. DSS, 3:01cv2376(CFD)

Dear Judge Droney:

As you requested at last week's calendar, I am getting back to you with regard to the state's position on your suggestion.   The state defendant is unable to agree with having the plaintiff withdraw the case without prejudice to re-filing, i.e. without regard to the statute of limitations.  Such an open-ended withdrawal would subject the defendant to the never ending possibility of facing another lawsuit.  In addition, it would require needless duplication of effort on the part of the parties, their lawyers and the court.  The plaintiff's attorney agrees with the defendant's position and also does not want to be subjected to a new risk of losing at the summary judgment or motion to dismiss stage.

In the alternative, both parties are agreeable to filing a stipulated dismissal under Rule 41(a)(1)(ii) without prejudice to the plaintiff reopening the same case by June 15, 2005.  That would provide the plaintiff with some time to decide whether he wants to continue the lawsuit (same docket number) after his return from Iraq and would otherwise provide finality to the litigation without duplication of effort.  If the plaintiff reopens the case, the parties would be agreeable to filing the joint trial memorandum forty-five days after the reopening.  The parties will be filing such a Motion for Stipulated Dismissal within a short time.

Lastly, I would like to take this opportunity to apologize for an inadvertent misstatement on my part at the calendar call.  I had read an electronic notice too quickly and thought that you had already granted the plaintiff's motion for extension of time until December 2005 with regard to filing the joint trial memorandum when it appears now that you haven't yet ruled on it.  The notice referenced the plaintiff's motion in this matter, and a ruling by you granting a different motion in another case.  I had not seen that the second notice pertained to a different matter and I mistakenly stated that you had already granted it.  If the court grants the parties' anticipated

This letter shall be docketed by the Clerk and included in the Court's file.  So ordered.

Christopher F. Droney
United States District Judge
10/20/04

The Honorable Christopher F. Droney
September 15, 2004
Page 2


Motion for Stipulated Dismissal, that order would moot out the Plaintiff's pending motion for extension of time to file the joint trial memorandum.


Very truly yours,

Beth Z. Margulies
Assistant Attorney General


cc: Attorney Thomas Bucci