UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALTON GRAY,<br>*Plaintiff* | : | CIVIL ACTION NO.<br>Docket No. 3:01CV2376(CFD) |
| v. | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF SOCIAL<br>SERVICES,<br>*Defendant* | : | OCTOBER 28, 2004 |

**PARTIES' JOINT MOTION FOR STIPULATED DISMISSAL**

Both parties hereby stipulate, through their undersigned counsel, that the above-captioned action is hereby dismissed pursuant to Rule 41(a)(1)(ii) without prejudice to the plaintiff reopening the same case by June 15, 2005 and without any award of attorney's fees or costs by the Court. Such stipulation provides the plaintiff with some time to decide whether he wants to continue the lawsuit (same docket number) after his expected return from Iraq in April 2005 and will otherwise be with prejudice so as to provide finality to the litigation. If the plaintiff reopens the case, the parties would be agreeable to filing the joint trial memorandum forty-five days after the reopening.

PLAINTIFF,
Alton Gray

Thomas Bucci, His Attorney
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203)366-3939
Fax: (203)337-4588
Fed. Bar No. ct07805
Email: tbucci@wwblaw.com

AND

DEFENDANT, State of Connecticut
Department of Social Services

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *Beth Z. Margulies*
Beth Z. Margulies
Assistant Attorney General
Federal Bar No. ct08469
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail address:
Beth.Margulies@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing PARTIES' JOINT MOTION FOR STIPULATION OF DISMISSAL was sent by facsimile, this 28th day of October, 2004 to:

Attorney Thomas Bucci
855 Main Street
Bridgeport, CT 06604
Tel: 203-366-3939
Fax: 203-337-4588

*Beth Z. Margulies*
Beth Z. Margulies
Assistant Attorney General