

FILED

2005 JUN 13  A II: 33

DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ALTON O. GRAY                                :        CIVIL CASE NO.
            Plaintiff,                       :        3:01CV2376(CFD)
                                             :
VS.                                          :
                                             :
STATE OF CONNECTICUT -                       :
DEPARTMENT OF SOCIAL SERVICES                :
            Defendant.                       :        JUNE 10, 2005

### MOTION FOR EXTENSION OF TO REOPEN CASE

The plaintiff respectfully moves for an additional thirty (30) days within which to reopen

this case. The plaintiff's counsel represents that the plaintiff is in the military service assigned to

Iraq; that he has made attempts to communicate with the plaintiff to determine his interest in

proceeding with this matter; that despite making efforts to communicate with the plaintiff,

plaintiff's counsel has not been able to make contact with him.

Wherefore, the plaintiff requests that the court extend the time within which to reopen

this case from June 15, 2005 to July 14, 2005.

The plaintiff's counsel has unsuccessfully attempted to consult with defendant's counsel concerning this motion.

THE PLAINTIFF – ALTON O. GRAY

BY _____

Thomas W. Bucci
Fed. Bar #ct07805
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
FAX: (203) 337-4588
Email: thomasbucci@earthlink.net

## CERTIFICATION

THIS IS TO CERTIFY that on the 10th day of June, 2005 the original foregoing *Plaintiff's Motion for Extension of Time* was sent by first class mail to the following:

Beth Z. Marguiles, Esquire
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, Connecticut 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5385
Fed. Bar #ct08469

Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.